Nicholas C. Inman
Texas Bar No. 00787747
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, Texas 76054
Telephone: 214-265-0123
Facsimile:  214-265-1979
Attorney for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.   22-31960 |
| ANTONIO MAURICE PEPPERS | § | |
| DENISE ALEXANDER PEPPERS | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | |
| INFINITY ON THE OAKS f/k/a | § | |
| HIDDEN OAKS | § | |
| Movan | § | |
| V. | § | |
| ANTONIO MAURICE PEPPERS | § | Preliminary Hearing on Motion |
| DENISE ALEXANDER PEPPERS | § | for Relief from Automatic Stay: |
| Debtor-Respondent. | § | **February 28, 2023** |

## DEBTOR'S ANSWER AND OBJECTION TO
## MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY INFINITY ON THE OAKS F/K/A HIDDEN OAKS

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW ANTONIO AND DENISE ALEXANDER PEPPERS  ("Debtor" whether singular or plural) and requests of the Court that a hearing be scheduled on the subject matter and files this Debtor's Answer and Objection to Motion for Relief from Automatic Stay Filed by Infinity on the Oaks f/k/a Hidden Oaks ("Movant"), and in support hereof would respectfully show the Court as follows:

### SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph(s) 1, 2, 3, and 4 of Movant's Motion.

## SPECIFIC DENIALS

2. Debtor denies the allegations contained in paragraph(s) 5, 6 and 7 of Movant's Motion and demands strict proof thereof.

## EFFECT OF QUALIFIED DENIAL OR LACK OF ADMISSION

3. Debtor neither admits or denies the allegations contained in paragraph(s) 6 and 7 of Movant's Motion having insufficient information to do so, and therefore, denies same and demands strict proof thereof.

## ELEMENT OF DEBTOR'S DEFENSE

4. There exists cause justifying the denial of Movant's Motion and requested action for the following reasons:

    B.    The property is necessary for the effective reorganization of the Debtor because it is the Debtor's residence.

    C.    Debtor would show that the subject property is adequately insured to the extent necessary, proper, and sufficient to protect Movant's interest in the collateral.

        1.    Debtor would show the Court that any default may be cured within a reasonable time.

## RIGHT TO AMEND OR SUPPLEMENT RESERVED

5. Debtor reserves the right to amend or supplement this Answer with additional information supported by Debtor's evidence, affidavit and/or amended answer.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays that a hearing be set in the instant matter, that Movant's Motion be denied in all respects and that the automatic stay pursuant to §362 of the United States Bankruptcy Code remain in full force and effect, and for

such other and further relief to which the Debtor may show himself entitled.

                Respectfully submitted,

                /s/ Nicholas C. Inaman
                Nicholas C. Inman
                Texas Bar No. 00787747
                Allmand Law Firm, PLLC
                860 Airport Freeway, Suite 401
                Hurst, Texas 76054
                Telephone: 214-265-0123
                Facsimile: 817-265-1979
                Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Debtor's Answer and Objection to Motion for Relief from Automatic Stay was served on each party listed below, by the means stated below, on February 2, 2023:

| | |
|---|---|
| DEBTOR: | FIRST CLASS MAIL<br>Antonio and Denise Alexander Peppers<br>9236 Church Road Apt. 1046<br>Dallas, TX 75231 |
| ATTORNEY FOR MOVANT: | ELECTRONIC MAIL<br>Brandy Alexander<br>SBN: 24108421<br>2502 La Branch St.<br>Houston, Texas 77004 |
| CHAPTER 7 TRUSTEE: | ELECTRONIC MAIL<br>Anne Elizabeth Burns<br>900 Jackson Street, Ste. 570<br>Dallas, Texas 75201 |

/s/ Nicholas C. Inman
NICHOLAS C. INMAN
SBN: 00787747