

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed March 17, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **In re: ANTONIO MAURICE PEPPERS** § | **Cause no. 22-31960** |
| and § | |
| **DENISE ALEXANDER PEPPERS** § | **Chapter 7** |

### AGREED AMENDED ORDER LIFTING AUTOMATIC STAY
### (This Order Resolves Docket # 32)

1. This Order concerns the lease of Debtor(s)' residence and that is held, directly or in its capacity as agent for the holder, by Infinity on the Oaks f/k/a Hidden Oaks, ("Movant"). The property that is the subject of this motion 9236 Church Rd # 1046, Dallas, Texas 75231. (the "Property"). Notices sent pursuant to this Order must be sent to Brandy M. Alexander, Alexander Law, PLLC, 2502 La Branch St, Houston, Texas 77004 (if to Movant) and Allmand Law Firm, PLLC, 860 Airport Freeway, Suite 401, Hurst, Texas 76054 (if to Debtors).

2. The Debtors agree that:

    A. The automatic stay regarding the Property is lifted on March 14, 2023.

    B. Any co-debtor(s) stay is also lifted on March 14, 2023.

    C. Debtor(s) will vacate the Property on or before March 14, 2023.

D.    Debtor(s) will turn over the Property in broom swept condition on or before March 14, 2023.

AGREED AND ENTRY REQUESTED:

| | |
|---|---|
| */s/ Brandy M. Alexander* | */s/ Jason Sughrue signed by Brandy M. Alexander with permission* |
| ALEXANDER LAW, PLLC | ALLMAND LAW FIRM |
| Brandy M. Alexander | Jason Sughrue |
| State Bar No.: 24108421 | State Bar No. 00787747 |
| 2502 La Branch St | 860 Airport Freeway, Suite 401 |
| Houston, Texas 77004 | Hurst, Texas 76054 |
| Telephone: 832-360-2318 | Telephone: 214-265-0123 |
| Fax: 346-998-0886 | Fax: 817-265-1979 |
| E-mail: brandyalexander@alexanderpllc.com | E-mail: jsughrue@allmandlaw.com |

# # # End of Order # # #